# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| JOSHUA R. MICHAEL, ) | |
| HILLARY A. MICHAEL, and ) | |
| WILLIAM T. RUSSELL, ) | |
| *Individually and as Trustee of the* ) | |
| *William T. Russell Inter Vivos Trust* ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No.: |
| ) | 3:19-cv-00019-CDL |
| v. ) | |
| ) | |
| GRP MADISON LLC, ) | |
| GEORGIA RENEWABLE POWER LLC, ) | |
| and GREENFUELS ENERGY LLC, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Greenfuels Energy LLC (Defendant) and, pursuant to Local Rule 87.1, counsel for Defendant states as follows:

(i) GreenFuels Energy, LLC is the parent company of GreenFuels International, LLC;

(ii) GreenFuels Energy LLC is the parent company of Georgia Renewable Power, LLC; and

(ii) No publicly held corporation holds 10% or more of the stock of GreenFuels Energy LLC.

Respectfully submitted, this 20th day of March 2019.

                    Sweetnam & Schwartz, LLC

                    *s/Edwin S. Schwartz*
                    Edwin S. Schwartz - Ga. Bar No. 630137
                    *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia 30338
(tel) 470.395.7842
(email) edschwartz@msn.com

                    Kazmarek Mowrey Cloud Laseter, LLP

                    *s/Richard A. Horder*
                    Richard A. Horder - Ga. Bar No. 366750
                    *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
(email) rhorder@kmcllaw.com

# CERTIFICATION UNDER L.R. 7.1D

Pursuant to the Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendants hereby certifies that the above and foregoing Corporate Disclosure Statement is a computer-generated document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1C.

So certified this 20th day of March 2019.

                         Sweetnam & Schwartz, LLC

                         *s/Edwin S. Schwartz*
                         Edwin S. Schwartz  - Ga. Bar No. 630137
                         *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia  30338
(tel) 470.395.7842
(email) edschwartz@msn.com

                         Kazmarek Mowrey Cloud Laseter, LLP

                         *s/Richard A. Horder*
                         Richard A. Horder  - Ga. Bar No. 366750
                         *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
 (email) rhorder@kmcllaw.com

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel of record by means of the Court's electronic case filing system:

> Donald D.J. Stack, Georgia Bar No. 673735
> Tyler J. Sniff, Georgia Bar No. 403125
> STACK & ASSOCIATES, P.C.
> 260 Peachtree Street, Suite 1200
> Atlanta, Georgia 30303

This 20th day of March 2019.

> Sweetnam & Schwartz, LLC
>
> *s/Edwin S. Schwartz*
> Edwin S. Schwartz - Ga. Bar No. 630137
> *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia 30338
(tel) 470.395.7842
(email) edschwartz@msn.com

> Kazmarek Mowrey Cloud Laseter, LLP
>
> *s/Richard A. Horder*
> Richard A. Horder - Ga. Bar No. 366750
> *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
(email) rhorder@kmcllaw.com