IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JOSHUA R. MICHAEL, <br> HILLARY A. MICHAEL, and <br> WILLIAM T. RUSSELL, <br> *Individually and as Trustee of the* <br> *William T. Russell Inter Vivos Trust* <br><br> Plaintiffs, <br><br> v. <br><br> GRP MADISON LLC, <br> GEORGIA RENEWABLE POWER LLC, <br> and GREENFUELS ENERGY LLC, <br><br> Defendants. | Civil Action File No.: <br> 3:19-cv-00019-CDL |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant Georgia Renewable Power LLC (Defendant) and, pursuant to Local Rule 87.1, counsel for Defendant states as follows:

(i) Georgia Renewable Power, LLC is the parent of GRP Operating, LLC;

(ii) Georgia Renewable Power, LLC is the subsidiary of GreenFuels Energy, LLC; and

(iii) No publicly held corporation holds 10% or more of the stock of Georgia Renewable Power, LLC.

Respectfully submitted, this 20th day of March 2019.

        Sweetnam & Schwartz, LLC

        *s/Edwin S. Schwartz*
        Edwin S. Schwartz - Ga. Bar No. 630137
        *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia 30338
(tel) 470.395.7842
(email) edschwartz@msn.com

        Kazmarek Mowrey Cloud Laseter, LLP

        *s/Richard A. Horder*
        Richard A. Horder - Ga. Bar No. 366750
        *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
(email) rhorder@kmcllaw.com

# CERTIFICATION UNDER L.R. 7.1D

Pursuant to the Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendants hereby certifies that the above and foregoing Corporate Disclosure Statement is a computer-generated document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1C.

So certified this 20th day of March 2019.

        Sweetnam & Schwartz, LLC

        *s/Edwin S. Schwartz*
        Edwin S. Schwartz  - Ga. Bar No. 630137
        *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia  30338
(tel) 470.395.7842
(email) edschwartz@msn.com

        Kazmarek Mowrey Cloud Laseter, LLP

        *s/Richard A. Horder*
        Richard A. Horder  - Ga. Bar No. 366750
        *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
 (email) rhorder@kmcllaw.com

# **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel of record by means of the Court's electronic case filing system:

> Donald D.J. Stack, Georgia Bar No. 673735
> Tyler J. Sniff, Georgia Bar No. 403125
> STACK & ASSOCIATES, P.C.
> 260 Peachtree Street, Suite 1200
> Atlanta, Georgia 30303

This 20th day of March 2019.

> Sweetnam & Schwartz, LLC
>
> *s/Edwin S. Schwartz*
> Edwin S. Schwartz  - Ga. Bar No. 630137
> *Attorney for Defendant*

Sweetnam & Schwartz, LLC
1200 Ashwood Parkway, Suite 190
Atlanta, Georgia  30338
(tel) 470.395.7842
(email) edschwartz@msn.com

> Kazmarek Mowrey Cloud Laseter, LLP
>
> *s/Richard A. Horder*
> Richard A. Horder  - Ga. Bar No. 366750
> *Attorney for Defendant*

Kazmarek Mowrey Cloud Laseter, LLP
1230 Peachtree St. NE, #900
Atlanta, GA 30309
(tel) 404.812.0843
 (email) rhorder@kmcllaw.com