**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

JOSHUA R. MICHAEL,
HILLARY A. MICHAEL, and
WILLIAM T. RUSSELL,
*Individually and as Trustee of the
William T. Russell Inter Vivos Trust*,

              Plaintiffs,

    v.

GRP MADISON LLC,
GEORGIA RENEWABLE POWER LLC, and
GREENFUELS ENERGY LLC,

              Defendants.

**CIVIL ACTION NO.
3:19-CV-00019-CDL**

## ORDER GRANTING JOINT MOTION TO EXTEND THE STAY

Having reviewed the Parties' Joint Motion to Extend the Stay for Sixty Days filed on July 19, 2019, ECF No. 16, and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS:**

1.      All discovery, including the requirements of the Rules 16 and 26, are hereby stayed for another sixty (60) days (until September 23, 2019);

2.      During the stay, the Parties shall continue to work in good faith to reach an amicable resolution of this matter;

3.      Either party may move the Court for a dissolution of the stay at any time during its pendency, provided however that any such motion shall include a certification by counsel that any impasse was attempted to be resolved in good faith prior to the filing of such motion; and

4.      If this matter is not resolved during the pendency of the stay, or any further extension granted by the Court, the Parties shall meet and submit a proposed joint scheduling order within fourteen (14) days of the expiration of the stay.

**SO ORDERED** this 22nd day of July, 2019.

S/Clay D. Land
**CLAY D. LAND, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**